JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CARDENAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN SECURE SHREDDING, INC., a Delaware corporation; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-05163-SVW-MRW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Complaint Filed: May 21, 2021<br>Trial Date:           January 11, 2022 |

# [~~PROPOSED~~] ORDER

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its owns fees and costs.

**IT IS SO ORDERED.**

Date:  __Decemer 27, 2021__

_____
Hon. Stephen V. Wilson
United States District Judge